UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JODIAN HILL, on behalf of himself and,
others similarly situated,

     Plaintiff

    -against-           NOTICE OF REMOVAL

STEPHEN EINSTEIN & ASSOCIATES, P.C.
PROGRESSIVE PROCESS SERVICE, INC.
and CREDIT ACCEPTANCE CORPORATION,

     Defendants

------------------------------------------------------------x

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

 PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § § 1331, 1441, and 1446, PROGRESSIVE PROCESS SERVICE, INC. (Defendant PPS), through its undersigned attorney, hereby give notice of the removal of this action from the Civil Court of the City of New York, County of Bronx where it is now pending, to the United States District Court for the Southern District of New York. In support of the herein Notice, the Defendant PPS asserts:

 1. Plaintiff filed a Summons and Affirmed Complaint in this action entitled *JODIAN HILL, on behalf of himself and others similarly situated against STEPHEN EINSTEIN & ASSOCIATES, P.C., PROGESSIVE PROCESS SERVICE, INC. and CREDIT ACCEPTANCE CORPORATION*, which was assigned Index No. 01795/2019, before the Civil Court of the City of New York, County of Bronx. A copy of the Summons and Affirmed Complaint is attached hereto as Exhibit "1".

 2. The Defendant PPS was formally served with the Summons and Affirmed Complaint within the last 30 days.

3.     The Summons and Affirmed Complaint alleges that the Defendants violated the Federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. Thus, this action may be removed pursuant to 28 U.S.C. § 1441 as this Court has federal question jurisdiction under 28 U.S.C. § 1331.

4.  Additionally, this Court has supplemental jurisdiction over the alleged state law claims, set forth in the Complaint pursuant to 28 U.S.C.  § 1331.

5.     This Notice of Removal is timely filed within thirty (30) days after the Defendant PPS was formally served with the Summons and Affirmed Complaint. *Fernandez v. Hale Trailer Brake & Wheel*, 332 F. Supp. 2d 621, 624 (S.D.N.Y. 2004)(confirming that the 30 day period in which removal is permitted does not begin to run until a defendant is officially served with both the complaint and the summons).

6.     At the time of the filing of this Notice of Removal, upon information and belief, no other defendants have appeared in the Civil Court of the City of New York, County of Bronx action.

7.     A civil cover sheet and the payment of the required filing fee accompany this Notice.

8.     Written notice of this Notice of Removal will be filed in the Civil Court of the City of New York, County of Bronx.

WHEREFORE, Defendant Progressive Process Service, Inc. respectfully requests that this action be removed from the Civil Court of the City of New York, County of Bronx, to the Southern District of New York.

DATED: New York, New York
          March 12, 2019

                                      ROBERT L. ARLEO, ESQ. P.C.

                            By: */ s /   Robert L. Arleo*
                                ROBERT L. ARLEO
                                Attorney for the Defendant
                                Progressive Process Service, Inc.
                                380 Lexington Avenue, 17th Fl.
                                New York, New York 10168
                                Telephone: (212) 551-1115
                                Facsimile: (518) 965-1022
                                Email: robertarleo@gmail.com

TO: Edward B. Geller, Esq. P.C. Of Counsel to
     M. HARVEY REPHEN & ASSOCIATES, P.C.
     15 Landing Way
     Bronx, New York   10464